UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04089-KS Date: August 5, 2026

Title *Jonathan Jose Munoz v. James Janecka et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER STAYING PETITIONER'S REMOVAL [DKT. NO. 10]**

The Court is in receipt of Respondents' "Notice of Intent to Remove Petitioner from Central District of California," filed on August 4, 2026 ("Notice"). (Dkt. No. 10.) The Notice provides that "Pursuant to [General Order 26-05], Respondents hereby provide notice to the Court and the parties of their intent to remove Petitioner from this District." (*Id.*) Exhibit 1 to the Notice is a copy of a Notification of Removal that was ostensibly served on Petitioner on August 3, 2026. (*Id.*; Dkt. No. 10-1.) The Notification of Removal provides that Petitioner is "scheduled for transfer outside the Central District of California on or after 8/8/26, to effectuate [Petitioner's] removal to Nicaragua." (Dkt. No. 10-1.)

To provide Petitioner's counsel an adequate opportunity to respond to the Notice and raise any issues pertaining to the pending Petition, the Court hereby **ORDERS PETITIONER'S PENDING REMOVAL TEMPORARILY STAYED**. Petitioner's counsel is directed to file a response to the Notice on or before **Friday, August 7, 2026**. The Court will lift this stay after Petitioner's counsel has had an appropriate opportunity to respond and the Court determines that no issues remain to be decided in the pending habeas proceeding.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh