**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04089-KS Date: August 7, 2026

Title *Jonathan Jose Munoz v. James Janecka et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| Kerri Hays | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER ACCEPTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Court is in receipt of Petitioner's Response to Respondents' Notice of Intent to Remove and this Court's temporary stay of removal ("Notice"). The Court construes the Notice as a Notice of Voluntary Dismissal Without Prejudice. Therefore, the temporary stay of removal is **LIFTED**. The Court accepts Petitioner's Notice of Voluntary Dismissal Without Prejudice. This matter is therefore DISMISSED WITHOUT PREJUDICE and can be closed.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh